**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2012 OCT -5 P 2: 27

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**
**PURSUANT TO 28 U.S.C. § 1915**

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Gallagher ,
_____
Plaintiff(s),

v.                                          Case No._____

Peat ,
_____
Defendant(s)


    I request leave to commence this civil action without prepayment of fees, costs,

or security therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I submit the

attached financial affidavit and state that:

    (1)    I am unable to pay such fees, costs, or give security therefor.
    (2)    I am entitled to commence this action against the defendant(s).
    (3)    I request that the court direct the United States Marshal's Service to serve
        process.

_____
Original Signature

Kevin Jonathan Gallagher
Name (print or type)
211 Greenwood Avenue 2-2
Street Address
Suite 156        06801
City        State        Zip Code
(203) 578.7451
_____
Telephone Number

Rev.08/08/12

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

GALLAGHER                     ,
Plaintiff(s),

v.                                                          Case No._____

PEAT                        ,
Defendant(s)

I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _____   Married _____   Separated _____   Divorced _X_
If separated or divorced, are you paying any support or any form of maintenance?
Yes _____  No _X_
Dependents:  Spouse _____  Children # _____  Others # _____
and relationship _____
Please provide the names and ages of your children.  **IF A CHILD IS A MINOR (UNDER AGE 18), PLEASE IDENTIFY THE CHILD BY INITIALS ONLY.**
Name _____   Age _____
Name _____   Age _____
Name _____   Age _____

**RESIDENCE**
Street Address: _254 GREENWOOD AVENUE_____
City: _BETHEL_____   State: _CONNECTICUT_____
Zip Code: _06801_____   Telephone: _(203) 578 · 7451___

2

Rev.08/08/12

**EDUCATION**

Please select the highest level of formal education you have completed:

_Some College_

**INCOME**

If <u>employed</u> at present, complete the following:

Name of employer: _GET THAT WHOLESALE_

Address of employer: _155 main STREET DANBURY CT 06810_

How long employed by present employer: _1-5 YEARS_

Income:   Monthly _comm. only_   Weekly _Comm. only_

If self-employed state weekly wages: _____

What is the nature of your employment? _SALES_

If <u>unemployed</u> at present, complete the following:

I have been unemployed since the _____ day of _____, 20_____

The name of my last employer: _____

Address: _____

Telephone #: _____

The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:

Name of employer: _____

How long employed: _____

Income:   Monthly _____   Weekly _____

What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:

I have been on welfare or receiving unemployment benefits

since: _____

I am receiving $_____ monthly _____ weekly _____

for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:

I have been receiving social security, disability or workers' compensation benefits

since: _____.

I am receiving $_____ monthly _____ weekly _____.

All Other Household Income, complete the following:

Source of other Household Income: _____

Other household income: $_____ Monthly _____ Weekly_____

**FINANCIAL STATUS**

Owner of real property?  Yes _____  No _X_

3

Rev.08/08/12

If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

**Other property:**
Automobile: Make ___NONE___ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

**Cash or Securities on hand:**
Cash in banks and savings and loan associations: _$500_
Names and addresses of banks and associations: _NEWTOWN SAVINGS BANK_
_____

**Stocks or Bonds owned:**
Indicate current value and name of company and number of shares of stock or identify
bonds : _NONE_____
_____

**OBLIGATIONS:**
| | | |
|---|---|---|
| Monthly rental on house or apartment: | $ | 660 |
| Monthly mortgage payment on house: | $ | — |
| Gas bill per month: | $ | — |
| Electric bill per month: | $ | — |
| Phone bill per month: | $ | 50 |
| Car payments per month: | $ | — |
| Car insurance payments per month: | $ | — |
| Other types of insurance payments per month | $ | — |
| Monthly payments to retail merchants: | $ | — |
| Please list:_____ | $ | — PUTNAM STORAGE $45 — |
| Please list:_____ | $ | — |
| Monthly payments on any other outstanding loans or debts: | $ | — |
| Please list:_____ | $ | — |
| Please list:_____ | $ | — |

4

Any money owed to doctors, hospitals, lawyers

Please list: ___DR. BLUM___    $ __195__

Please list: _____    $ _____

Monthly payment for maintenance or child support
under separation or dissolution agreement:    $ __—__

Estimated monthly expenditure on food:    $ __400__

Estimated monthly expenditure on clothing:    $ __25—__

Total amount of monthly obligations:    $ __1315__

Other information pertinent to financial status:  (Include stocks, bonds, savings bonds,
interests in trusts either owned or jointly owned):

_____

_____

_____

**PREVIOUS LITIGATION:**

If you have ever filed a case in this district, provide the following information for each
case you have filed.  If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | NONE | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: _____        _____

**Original Signature of Affiant**

5

Rev.08/08/12

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: _OCT 4, 2012_

_____
Original Signature of Affiant

Rev.08/08/12





October 4, 2012

To whom it may concern:

Mr. Kevin Gallagher is employed by RL Consulting LLC as an Account Executive.

For the month of September 2012 he earned $732.48

I am happy to assist further if need be.

Kindest regards,

Robert Light

President & CEO

GetThatWholesale.com
PO Box #12
Bethel, CT 06801