UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN GALLAGHER, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | No. 3:12-cv-01430-VLB |
| v. | : | |
| | : | |
| ROBERT L. PEAT, | : | |
| | : | November 27, 2012 |
| DEFENDANT. | : | |

## MOTION FOR EXTENSION OF TIME

The defendant, Robert L. Peat, hereby requests an extension of time, to and including December 20, 2012, within which to respond to the plaintiff's Complaint. Defendant's counsel has just been retained, and additional time is needed to investigate the factual and legal background of the plaintiff's Complaint. This is the first such request for an extension directed to this time period and will not prejudice the plaintiff. The undersigned has attempted to reach the plaintiff by phone and learn his position on this request, but has been unable to get through despite repeated efforts because the phone number is constantly busy.

DEFENDANT
ROBERT L. PEAT

By: _____/s/_____
    Jonathan D. Elliot

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd., Suite 500
    Bridgeport, CT 06604
    Tel: 203-333-9441
    Fax: 203-333-1489
    Email: jelliot@znclaw.com

His Attorney

## <u>CERTIFICATION</u>

I hereby certify that on November 27, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Kevin Gallagher, Pro Se
211 Greenwood Avenue 2-2 #156
Bethel, CT 06801


_____/s/_____
Jonathan D. Elliot