UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN GALLAGHER, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | No. 3:12-cv-01430-VLB |
| v. | : | |
| | : | |
| ROBERT L. PEAT, | : | |
| | : | November 29, 2012 |
| DEFENDANT. | : | |
| | : | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant in the above-captioned action.

                                        DEFENDANT
                                        ROBERT L. PEAT

                                        By: _____/s/_____
                                            Jonathan D. Elliot

                                        Zeldes, Needle & Cooper, P.C.
                                        1000 Lafayette Blvd., Suite 500
                                        Bridgeport, CT 06604
                                        Tel: 203-333-9441
                                        Fax: 203-333-1489
                                        Email: jelliot@znclaw.com

His Attorney

**CERTIFICATION**

      I hereby certify that on November 29, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Kevin Gallagher, Pro Se
211 Greenwood Avenue 2-2 #156
Bethel, CT 06801

                                                                                           _____/s/_____
                                                                                         Jonathan D. Elliot