UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------------x

Kevin Gallagher

vs.  :Civil No. 3:12-cv-1430 (VLB)

Robert L. Peat

---------------------------------------------------------------x

Proof of Service

Civil Action No. __3:12-cv-01430-VLB__

## PROOF OF SERVICE
(this section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

  This summons for __Robert L. Peat__
was received by me on __10/29/12__

  ____ I personally served the summons on the individual at (place) __57 North St., Unit 102, Danbury, CT 06810__
on (date) __Nov 5, 2012__; or

  ____ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

  ____ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

  ____ I returned the summons unexecuted because _____
_____; or

  ____ Other (specify): _____

My fees are $ __3.00__ for travel and $ __36.00__ for services, for a total of $ __39.00__

I declare under penalty of perjury that this information is true.

Date: __11/9/12__

Server's Signature

__James E. Sullivan__
Printed Name and Title
__CT. State Marshal__

__Courthouse Square__
Server's Address
__2 Moss Av., Danbury, CT 06810__

Additional Information Regarding Attempted Service: _____
_____